UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES AINSWORTH, JR., : | |
| Petitioner : | |
| : | |
| v. : | CIVIL NO. 1:13-cv-1351 |
| : | |
| CAROLYN COLVIN, : | |
| Acting Commissioner of Social : | |
| Security : | |
| Defendant. : | |

*O R D E R*

AND NOW, this 3rd day of September, 2014, upon consideration of the report and recommendation of the magistrate judge (Doc. 18), filed August 11, 2014, to which no objections were filed, and upon independent review of the record, it is ordered that:

1. The magistrate judge's report (Doc. 18) is adopted.

2. The decision of the Commissioner is affirmed.

3. The Clerk of Court shall close this file.

      /s/ William W. Caldwell
      William W. Caldwell
      United States District Judge